COURT OF APPEALS









COURT OF APPEALS

EIGHTH DISTRICT OF TEXAS

EL PASO, TEXAS




 
 
  
  
  
  
 IN RE:  JOHN A. ARNOLD,
  
                             Relator.
  
  
 
 
  
 '
  
 '
  
 '
  
 '
  
 '
 
 
  
  
  
  
 No. 08-04-00015-CR
  
 AN ORIGINAL PROCEEDING
  
 IN MANDAMUS
 
 




 

MEMORANDUM
OPINION

John A. Arnold has filed a petition
for writ of mandamus, complaining of the trial court=s handling of his petition for writ
of habeas corpus.  This Court does not
have jurisdiction over matters related to post-conviction writs of habeas
corpus.  See Ater
v. Eighth Court of Appeals, 802 S.W.2d 241, 243 (Tex. Crim.
App. 1991); In re McAfee, 53 S.W.3d 715, 718 (Tex. App.--Houston [1st
Dist.] 2001, orig. proceeding). 
Accordingly, the petition for writ of mandamus is dismissed for lack of
jurisdiction.

 

SUSAN
LARSEN, Justice

February 12, 2004

 

Before Panel No. 4

Barajas, C.J., Larsen, and
McClure, JJ.

 

(Do Not Publish)